FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: CR 08-223 PA
                                )
                  Plaintiff,    )
                                )
        vs.                     )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed.R.Crim.P. 32.1(a)(6);
                                )    18 U.S.C. 3143(a)]
                                )
                                )
                  Defendant.    )
                                )

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
_____CD/CA_____ for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✗)  The defendant has not met his/her burden of establishing by
      clear and convincing evidence that he/she is not likely to flee
      if released under 18 U.S.C. § 3142(b) or (c).  This finding is
      based on _____PSR_____

1

2

3

4   and/or

5   B.   ( )   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on:_____

10  _____

11  _____

12  _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated: ____7 / 2 7 / 1 1_____

18

19

20                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28